**Timothy D. REUBEN, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**No. 13–55240.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 9, 2015.

Filed Jan. 5, 2016.

Stephen Louis Raucher, Reuben Raucher & Blum, Los Angeles, CA, for Plaintiff–Appellant.

Sandra R. Brown, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA,

Tamara W. Ashford, Deputy Assistant Attorney General, Jonathan S. Cohen, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before: REINHARDT, McKEOWN, and M. SMITH, Circuit Judges.

MEMORANDUM *

Timothy Reuben appeals the denial of a tax refund from the Internal Revenue Service for the sale of stock received as part of a mutual life insurance company's demutualization. Reuben appeals the district court's order granting the government's motion for summary judgment based on Reuben's failure to establish that his basis in the stock was other than zero. For the reasons set forth in *Dorrance v. United States,* No. 13–16548, 2015 WL 8241954 (9th Cir. Dec. 9, 2015), we hold that the district court properly found that Reuben was not entitled to a refund and affirm the judgment.

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.